Luther RANKIN, Appellant, v. A. C. ADER-HOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 8412.

Circuit Court of Appeals, Fifth Circuit.

Oct. 12, 1937.

Luther Rankin, in pro. per.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tisinger and H. T. Nichols, Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before FOSTER, SIBLEY, and HOLMES, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

The REEVES MANUFACTURING COMPANY v. The LOME COMPANY and The Stay-On Manufacturing Company.

No. 7852.

Circuit Court of Appeals, Sixth Circuit.

Oct. 15, 1937.

Frease & Bishop, of Canton, Ohio, for appellant.

Fay, Oberlin & Fay, of Cleveland, Ohio, for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the motion of appellant to docket and dismiss appeal be, and it is, granted.

Appeal docketed and dismissed.

Philip REILLY, Appellant, v. M. B. DRIVER, Sheriff of Alameda County, et al., Appellees.

No. 8464.

Circuit Court of Appeals, Ninth Circuit.

Oct. 18, 1937.

Raine Ewell, of San Francisco, Cal., for appellant.

Earl Warren, Dist. Atty., and James H. Oakley, Deputy, both of Oakland, Cal., for appellees.

Before DENMAN, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

This matter came on for hearing on motion of appellees to dismiss appeal on the ground that question involved has become moot, and, after arguments of counsel, ordered motion granted, and cause dismissed, that a decree of dismissal be filed and entered accordingly; mandate issued within seven days.

Morris RUDNICK et al. v. Frederick S. DEITRICK, Receiver.

No. 3277.

Circuit Court of Appeals, First Circuit.

Oct. 22, 1937.

Emmanuel Kurland, of Boston, Mass. (David Stoneman, of Boston, Mass., on the brief), for appellants.

Leo Wyman, of Boston, Mass. (A. J. Aldridge, of Boston, Mass., on the brief), for appellee.

Before BINGHAM, WILSON, and MORTON, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed, with costs to the appellee.